162 So. 921

## In re C. J. GRIFFITH.
### 6 Div. 711.

Supreme Court of Alabama.
June 20, 1935.

Crampton Harris, of Birmingham, for petitioner.

W. H. Sadler, Jr., of Birmingham, for appellee.

PER CURIAM.

Pretermitting many of the charges we think the evidence fully sustains those charges predicated upon a violation of section 4912 of the Code of 1923 and justified the conclusion and judgment of the commission which is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER, BOULDIN and FOSTER, JJ., concur.

**2**

160 So. 916

### Mary B. HARVLEY v. ALABAMA HOME BLDG. & LOAN ASS'N et al.
### 6 Div. 669.

Supreme Court of Alabama.
April 27, 1935.

Theo. J. Lamar, of Birmingham, for appellant.

Benners, Burr, McKamy & Forman, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

**3**

160 So. 916

### Clarence HOLLOWAY, Ex'r, v. W. J. PRATER.
### 5 Div. 198.

Supreme Court of Alabama.
March 21, 1935.

John A. Darden, of Goodwater, for appellant.

Felix L. Smith, of Rockford, for appellee.

FOSTER, Justice.

Reversed and remanded.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.